David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
455 West Shaw Avenue
Fresno, CA 93704
Tel. (559) 495-1558
Fax. (559) 248-8491

Attorney for Defendant, **MARTIN LOPEZ-HERNANDEZ**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CASE NO. 1: 05-CR-00244 OWW** |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| MARTIN LOPEZ-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY ORDERED that defendant's Motion To Suppress Evidence shall be continued from December 5, 2005, at 11:00 a.m., to December 15, 2005, at 9:00 a.m., in the above court.

   IT IS FURTHER ORDERED that Detective Frank Zaragoza and Detective Steve Sanchez are ordered to personally appear at the above date and time and bring with them their personnel files for in camera review, pursuant to the Subpoenas served by defendant's investigator. Counsel for the detectives can file objections to the Subpoena they deem appropriate.

```
DATED: 12/6/05                          /s/Oliver W. Wanger
                                    HONORABLE OLIVER W. WANGER
```